UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHRISTIAN HERITAGE SCHOOL C/O YOUTH WITH A MISSION,** *Plaintiff,* <br><br> V. <br><br> **CENTRAL MUTUAL INSURANCE COMPANY** *Defendant.* | §§§§§§§§§§§§§§ <br><br> CIVIL ACTION NO. 6:24-cv-00045-JDK |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Christian Heritage School C/O Youth with a Mission ("Plaintiff") and Defendant Central Mutual Insurance Company, ("Defendant") file this Joint Notice of Settlement and in support thereof would respectfully show the Court:

Plaintiff and Defendant, by and through the undersigned attorneys, respectfully notify the Court that they have reached a settlement in principle for this matter. The parties are in the process of documenting the settlement, including the Final Release and Settlement Agreement and a Joint Motion to Dismiss with Prejudice and proposed Order.

The Parties anticipate having final documents completed, and the Joint Motion and Order for dismissal filed with the Court within 60 days so that this matter can be closed.

*(Signatures on following page)*

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Andrew Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone:     (817) 817-7000
Facsimile:     (682) 219-0761

**ATTORNEYS FOR PLAINTIFFS**

-and-

*/s/ Clinton J. Wolbert (with permission)*
Clinton J. Wolbert
State Bar No. 24103020
clinton.wolbert@phelps.com
Harrison A. Cass
State Bar No. 24137553
harrison.cass@phelps.com

**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing was served upon counsel of record for Defendant via e-service on February 18, 2025.

Clinton J. Wolbert
Harrison A. Cass
**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002

                                              */s/ Vincent P. Circelli*
                                              Vincent P. Circelli

Case 6:24-cv-00045-JDK-JDL   Document 52   Filed 02/18/25   Page 3 of 3 PageID #: 2939