UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHRISTIAN HERITAGE SCHOOL C/O YOUTH WITH A MISSION,** | § § § § § | |
| *Plaintiff,* | § § | |
| V. | § § § | CIVIL ACTION NO. 6:24-cv-00045-JDK |
| **CENTRAL MUTUAL INSURANCE COMPANY** | § § § § | |
| *Defendant.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Christian Heritage School C/O Youth with a Mission ("Plaintiff") and Defendant Central Mutual Insurance Company, ("Defendant") file this Joint Motion to Dismiss with Prejudice as to all parties, all claims, all causes of action and the entire case.

Plaintiff has agreed to release, acquit and discharge Defendant from any claims, damages or other damages asserted or that could be asserted by Plaintiff relating to or arising from this suit. Accordingly, Plaintiff and Defendant request that the Court enter an order dismissing all claims and causes of action asserted or that could have been asserted by Plaintiff against Defendant with prejudice to refiling same.

WHEREFORE, Plaintiff and Defendant request that the Court dismiss all claims asserted by Plaintiff against Defendant with prejudice to refiling same.

*(Signatures on following page)*

Respectfully submitted,

***/s/ Vincent P. Circelli***
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Andrew Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone:     (817) 817-7000
Facsimile:      (682) 219-0761

**ATTORNEYS FOR PLAINTIFFS**

-and-

***/s/ Harrison A. Cass (with permission)***
Clinton J. Wolbert
State Bar No. 24103020
clinton.wolbert@phelps.com
Harrison A. Cass
State Bar No. 24137553
harrison.cass@phelps.com

**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon counsel of record for Defendant via e-service on April 15, 2025.

Clinton J. Wolbert
Harrison A. Cass
**PHELPS DUNBAR LLP**
910 Louisiana Street; Suite 4300
Houston, Texas 77002

*/s/ Vincent P. Circelli*
Vincent P. Circelli